```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PELEUS INSURANCE COMPANY,                    22-cv-10933 (JGK)

        Plaintiff,                       ORDER

- against -

NEO IMAGE ENTERPRISES LLC, ET AL.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

The affidavits of service recently filed by the plaintiff indicate that the plaintiff served the defendants on January 6, 2023. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time to answer was January 27, 2023.

The time for the defendants to answer or respond to the complaint is extended to **March 3, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should mail a copy of this Order to the defendants and file proof of service on the docket by **February 21, 2023**.

SO ORDERED.

Dated:   New York, New York
        February 13, 2023

                                          John G. Koeltl
                                United States District Judge