UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PELEUS INSURANCE COMPANY,                    22-cv-10933 (JGK)

                    Plaintiff,               ORDER

          - against -

NEO IMAGE ENTERPRISES LLC, ET AL.,

                    Defendants.
_____

JOHN G. KOELTL, District Judge:

     On February 13, 2023, this Court extended the time for the

defendants to answer until March 3, 2023. ECF No. 18. The Court

also directed the plaintiff to mail a copy of the February 13

Order to the defendants and to file proof of such mailing on the

docket by February 21, 2023. Id. To date, the plaintiff has not

filed on the docket any proof of service indicating that the

defendants were served with the February 13 Order. Accordingly,

the plaintiff is directed to mail copies of both this Order and

the February 13 Order to the defendants and to file proof of

such mailing on the docket by **March 27, 2023**. The plaintiff is

advised that failure to file proof of service of this Court's

Orders on the defendants by March 15, 2023, could result in

dismissal without prejudice for failure to prosecute pursuant

to Federal Rule of Civil Procedure 4(m).

The time for the defendants to answer or respond to the complaint is extended to **April 17, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

**SO ORDERED.**

Dated:      New York, New York
            March 13, 2023

                                              John G. Koeltl
                                        United States District Judge