UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PELUS INSURANCE COMPANY, et al.,
                      Plaintiff,

          -against-

NEO IMAGE ENTERPRISES LLC, et al.,
                      Defendants.
-------------------------------------------------------------X

22 civ 10933 (JGK)

**ORDER**

The conference scheduled for April 20, 2023, at 3:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 10, 2023