UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PELEUS INSURANCE COMPANY,  22-cv-10933 (JGK)

        Plaintiff,  ORDER

  - against -

NEO IMAGE ENTERPRISES LLC, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The original time for the defendants in this action to answer was January 27, 2023. On February 13, 2023, and then again on March 13, 2023, this Court extended the time for the defendants to answer or respond to the complaint. ECF Nos. 18-19. Pursuant to the March 13, 2023 Order, the plaintiff has filed proof that the two Orders extending the time to answer were mailed to the defendants. See ECF No. 21. To date, no answers have been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **May 10, 2023**.

SO ORDERED.

Dated:    New York, New York
           April 25, 2023

                                          John G. Koeltl
                                  United States District Judge