UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PELEUS INSURANCE COMPANY,   22-cv-10933 (JGK)

        Plaintiff,   <u>ORDER</u>

- against -

NEO IMAGE ENTERPRISES LLC, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed order to show cause for a default judgment (ECF No. 35).

SO ORDERED.

Dated:    New York, New York
            July 11, 2023

                                              John G. Koeltl
                                      United States District Judge