UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELEUS INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>-against-<br><br>MILESTONE CONSTRUCTION CORP, NEW TENT LLC, AND NEO IMAGE ENTERPRISES LLC,<br><br>                    Defendants. | 22-CV-10933 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On May 3, 2024, Plaintiff Peleus Insurance Company ("Peleus") filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 56. Peleus asserts that this Court has jurisdiction because the parties are diverse and the amount in controversy exceeds $75,000. ECF No. 8. Peleus fails to specifically allege how the amount in controversy here is more than $75,000 and provided no further information with respect to this in its motion papers. Accordingly, Plaintiff is hereby ORDERED to provide the Court with further information regarding the amount in controversy by no later than November 25, 2024.

Dated: November 13, 2024
       New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge